IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON J. WEATHERS,<br><br>           Plaintiff,<br><br>vs.<br><br>ROB JEFFREYS, Individual Capacity; TAGGERT BOYD, Individual Capacity; E. STAIGER, Individual Capacity; and RICK WILSON, Individual Capacity;<br><br>           Defendants. | 8:23CV503<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for Extension of Time in which he seeks additional time to pay his initial partial filing fee. Filing No. 9. On December 15, 2023, the Court entered a Memorandum and Order giving Plaintiff until January 16, 2024, to pay any portion of his initial partial filing fee due to the limits on his income. Filing No. 8. As the Court has already extended the deadline in which Plaintiff has to pay any portion of his initial partial filing fee,

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Extension of Time, Filing No. 9, is denied as moot. Plaintiff has until **January 16, 2024**, to pay any portion of his initial partial filing fee.

Dated this 18th day of December, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge