IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON J. WEATHERS,<br><br>        Plaintiff,<br><br>vs.<br><br>ROB JEFFREYS, Individual Capacity; TAGGERT BOYD, Individual Capacity; E. STAIGER, Individual Capacity; and RICK WILSON, Individual Capacity;<br><br>        Defendants. | **8:23CV503**<br><br>**ORDER** |

    After the Court entered a judgment dismissing this case, Filing No. 14, Plaintiff moved to file an amended complaint. Filing No. 15. An amended complaint cannot be filed in a dismissed case. In addition, the motion is not supported by a brief, and it does not provide any information to determine whether relief could be granted under the post-judgment federal procedural rules. *See* Fed. R. Civ. P. 59 and 60.

    IT IS THEREFORE ORDERED that Plaintiff's motion to amend, Filing No. 15, is denied.

    Dated this 19th day of September, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge